

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00081-CR & 04-18-00082-CR

Homer C. **TOMERLIN,** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1600-CR-C, 16-1601-CR-C
The Honorable Dwight E. Peschel, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice, dissenting
Rebeca C. Martinez, Justice
Irene Rios, Justice

On October 5, 2018, appellant filed a "Request for Reconsideration of this Court's Denial of Oral Argument." Appellant's request is **DENIED**.

It is so **ORDERED** on October 26, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court